RICHARD R. DESROSIER *vs.* COMMONWEALTH. October 16, 2001. *Supreme Judicial Court,* Appeal from order of single justice.

Richard R. Desrosier (petitioner) purports to appeal pursuant to S.J.C. Rule 2:21, as amended, 434 Mass. 1301 (2001), from the denial of a petition for relief under G. L. c. 211, § 3, by a single justice of this court. The petitioner had sought relief from the denial by a single justice of the Appeals Court, of the petitioner's motion to dismiss the Commonwealth's appeal.

Rule 2:21 (1) requires that the notice of appeal be filed with the county court within seven days of the entry of the judgment appealed from, unless the court otherwise orders. S.J.C. Rule 2:21 (1), 421 Mass. 1303 (1995). The judgment at issue was entered on June 29, 2001, and the notice of appeal was filed on July 11. As a result, we dismiss the appeal.

*So ordered.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Greg T. Schubert* for the petitioner.